**FILED**
AUG 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8744

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Mag. Case No. <br> COMPLAINT FOR VIOLATION OF: |
| v. | Title 8, U.S.C., Section 1324 (a)(1)(A)(ii) -Illegal Transportation of Alien(s) |
| Joaquin AMARAL-Marin Defendant | |

The undersigned complainant, being duly sworn, states:

On or about August 18, 2008, within the Southern District of California, defendant Joaquin AMARAL-Marin, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Marcelino ALVAREZ-Figueroa, Adolfo MARES-Juares, Javier FLORES-Gonzalez and C.A.G. had come to, entered or remained in the United States in violation of law, did transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached statement of facts which, is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 19th DAY OF AUGUST 2008.

_____
Peter C. Lewis
United States Magistrate Judge

1  interview and determined that all the individuals were present in the United States illegally.
2  AMARAL and the four other individuals were placed under arrested.
3      At approximately 9:07 A.M., FOS Atiles advised AMARAL of his Miranda rights in the
4  Spanish language witnessed by BPA Alberto Luzbert. AMARAL stated that has no legal
5  immigration documents. AMARAL stated that he entered with the illegal aliens and they all then
6  boarded the Honda Civic. AMARAL claims that he was instructed by a smuggler he refers to as
7  "Roman" to guide the individuals through the area known as the "Ponds." AMARAL stated that
8  at a certain location he was supposed to hand over the illegal aliens to "Roman." AMARAL
9  stated that he has smuggled illegal aliens for "Roman" for approximately two years and has
10 guided groups on approximately 25 prior occasions. AMARAL stated that he earns $100 per
11 illegal alien. Today he was going to earn $400.
12     Material Witnesses Javier FLORES-Gonzalez and Adolfo MARES-Juares stated that they
13 made arrangements to be smuggled into the United States for a fee of $3,000.00 each. Marcelino
14 ALVAREZ-Figueroa stated that he was going to pay $2,500 for him and his niece (C.A.G.). The
15 material Witnesses stated once in the United States they boarded a vehicle. FLORES, MARES,
16 ALVAREZ, and C.A.G. positively identified AMARAL as the driver from a six-pack photo line-
17 up.
18     The complainant states that the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
| --- | --- |
| Marcelino ALVAREZ-Figueroa | Mexico |
| Adolfo MARES-Juares | Mexico |
| Javier FLORES-Gonzalez | Mexico |
| C.A.G. | Mexico |

25     Further, complainant states that Marcelino ALVAREZ-Figueroa, Adolfo MARES-Juares,
26 Javier FLORES-Gonzalez and C.A.G. are citizens of a country other than the United States; that
27 said aliens have admitted that they are deportable; that their testimony is material, that it is
28 impracticable to secure their attendance at the trial by subpoena; and they are material witnesses

1  in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18,
2  United States Code, Section 3144.