# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 SEP -4 P 4:19
US MARSHALS
EL CENTRO OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | CRIMINAL NO. 08CR3011-WQH |
| ) | 08mj8744 |
| vs. ) | ORDER |
| ) | RELEASING MATERIAL WITNESS |
| Joaquin Amaral-Morin ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court).

C A G

DATED: 9/4/08

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by  E. Flores
                Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70082