UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 SEP -4 P 4:19

U.S. MARSHALS SERVICE
EL CENTRO OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | CRIMINAL NO. 08CR3011-WQH |
| | 08mj0744 |
| vs. | ORDER |
| | RELEASING MATERIAL WITNESS |
| Joaquin Amaral-Marin | |
| Defendant(s) | Booking No. |

On order of the United States District/Magistrate Judge,    PETER C. LEWIS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Javier Flores-Gonzalez

DATED: 9/4/08

PETER C. LEWIS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _F. Flores_
Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082