UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 SEP -4 P 4:19

US MARSHALS SERVICE
EL CENTRO OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) CRIMINAL NO. 08CR3011-WQH |
| | ) 08mj8744 |
| vs. | ) ORDER |
| | ) |
| Joaquin Amaral-Marin | ) RELEASING MATERIAL WITNESS |
| | ) |
| Defendant(s) | ) Booking No. |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Adolfo Mares-Juares

DATED: 9/4/08

RECEIVED _____
                DUSM

PETER C. LEWIS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by E. Flores
Deputy Clerk