

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOAQUIN AMARAL-MARIN,<br><br>        Defendant. | Criminal Case No. 08CR3011-WQH<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about August 18, 2008, within the Southern District of California, defendant JOAQUIN AMARAL-MARIN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Marcelino Alvarez-Figueroa, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: September 4, 2008 .

KAREN P. HEWITT
United States Attorney

HAROLD W. CHUN
Assistant U.S. Attorney

HWC:jam:Imperial
9/4/08